# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|

**FEBRUARY 2019**

E-Filing Number: 1902028289

**001262**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| EDWARD WALLS | MEDTRONIC, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 6440 HAVERFORD AVE. PHILADELPHIA PA 19151 | 710 MEDTRONIC PKWY MINNEAPOLIS MN 55432 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| TONYA CHAVIS-WALLS | MEDTRONIC USA, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 6440 HAVERFORD AVE. PHILADELPHIA PA 19151 | 710 MEDTRONIC PKWY MINNEAPOLIS MN 55432 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | PHYSIO-CONTROL, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 710 MEDTRONIC PKWY MINNEAPOLIS MN 55432 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 12 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

| CASE TYPE AND CODE |
|---|
| 2P - PRODUCT LIABILITY |

| STATUTORY BASIS FOR CAUSE OF ACTION |
|---|
|  |

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|---|
|  | **FILED PRO PROTHY**<br>FEB **14** 2019<br>**A. SILIGRINI** | YES          NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: EDWARD WALLS , TONYA CHAVIS-WALLS

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| CHRISTOPHER A. BRADLEY | 2410 BRISTOL RD. BENSALEM PA 19020 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)702-2708 | (215)750-0895 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 84818 | bradley@swainlawfirm.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| CHRISTOPHER BRADLEY | Thursday, February 14, 2019, 01:44 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMPLETE LIST OF DEFENDANTS:

1. MEDTRONIC, INC.
   710 MEDTRONIC PKWY
   MINNEAPOLIS MN 55432
2. MEDTRONIC USA, INC.
   710 MEDTRONIC PKWY
   MINNEAPOLIS MN 55432
3. PHYSIO-CONTROL, INC.
   710 MEDTRONIC PKWY
   MINNEAPOLIS MN 55432
4. TEMPLE UNIVERSITY HEALTH SYSTEM FOUNDATION
   3509 N. BROAD ST., 9TH FL.
   PHILADELPHIA PA 19140
5. TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCA
   BROAD ST. AND MONTGOMERY AVE.
   PHILADELPHIA PA 19122
6. TEMPLE UNIVERSITY PHYSICIANS AND SURGEONS, INC.
   1330 POLETT WALK 300 SULLIVAN HALL
   PHILADELPHIA PA 19122
7. TEMPLE UNIVERSITY PHYSICIANS
   RISK MANAGEMENT DEPARTMENT 3401 N. BROAD ST.
   PHILADELPHIA PA 19140
8. TEMPLE PHYSICIANS, INC.
   3509 N. BROAD ST., 9TH FL.
   PHILADELPHIA PA 19140
9. TEMPLE UNIVERSITY HOSPITAL
   3401 N. BROAD ST.
   PHILADELPHIA PA 19140
10. TEMPLE UNIVERSITY HEALTH SYSTEM, INC.
    3509 N. BROAD ST., 9TH FL.
    PHILADELPHIA PA 19140
11. TEMPLE UNIVERSITY HOSPITAL, INC.
    3509 N. BROAD ST., 9TH FL.
    PHILADELPHIA PA 19140
12. PATRICK CONNOLLY
    322 BROWN ST., APT. 40
    PHILADELPHIA PA 19123

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
21 FEB 2019 01:44 pm
A. SILIGRINI

| | |
|---|---|
| EDWARD WALLS and TONYA CHAVIS-WALLS<br>6440 Haverford Rd.<br>Philadelphia, PA 19151<br><div align="center">**Plaintiffs**</div><br><div align="center">v.</div><br>MEDTRONIC, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br>        and<br>MEDTRONIC USA, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br>        and<br>PHYSIO-CONTROL, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br>        and<br>TEMPLE UNIVERSITY HEALTH SYSTEM FOUNDATION<br>3509 N. Broad St., 9th Floor<br>Philadelphia, PA 19140<br>        and<br>TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION<br>Broad St. and Montgomery Ave.<br>Philadelphia, PA 19122<br>        and<br>TEMPLE UNIVERSITY PHYSICIANS AND SURGEONS, INC.<br>1330 Polett Walk<br>300 Sullivan Hall<br>Philadelphia, PA 19122<br>        and<br>TEMPLE UNIVERSITY PHYSICIANS<br>Risk Management Department<br>3401 N. Broad St.<br>Philadelphia, PA 19140 | COURT OF COMMON PLEAS<br>Trial Division<br><br>FEBRUARY TERM, 2019<br><br>NO: _____<br><br><br>MAJOR JURY |

and
**TEMPLE PHYSICIANS, INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HOSPITAL**
**3401 N. Broad St.**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HEALTH SYSTEM,**
**INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HOSPITAL, INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**PATRICK CONNOLLY, M.D.**
**322 Brown St., Apt. 40**
**Philadelphia, PA 19123**

                    **Defendants**

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

                    **THE SWAIN LAW FIRM, P.C.**

                    By: */s/ Christopher A. Bradley, Esq.*
                    **Andrew D. Swain, Esq. (Attorney #73332)**
                    **Christopher A. Bradley, Esq. (Attorney # 84818)**
                    **Attorney for Plaintiffs**
                    **2410 Bristol Road**
                    **Bensalem, PA 19020**
                    **(215)702-2708**

**Date: 02/14/2019**

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
14 FEB 2019 01:44 pm
A. SILIGRINI

Edward Walls and Tonya Chavis-Walls
*Plaintiff*

COURT OF COMMON PLEAS

February _____ Term, 20 19

vs.

No._____

Medtronic, Inc., et al.
*Defendant*

To[1]

Medtronic, Inc.

Medtronic USA, Inc.

Physio-Control, Inc.

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Edward Walls and Tonya Chavis-Walls

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

190201262
14 FEB 2019 01:44 pm
A. SILIGRINI

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 190201262

## Court of Common Pleas

February _____ Term, 20 19 _____

No. _____

Edward Walls and Tonya Chavis-Walls
*Plaintiff*

vs.

Medtronic, Inc., et al.
*Defendant*

# SUMMONS

Case ID: 190201262

Additional Defendants

**TEMPLE UNIVERSITY HEALTH SYSTEM FOUNDATION**

**TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION**

**TEMPLE UNIVERSITY PHYSICIANS AND SURGEONS, INC.**

**TEMPLE UNIVERSITY PHYSICIANS**

**TEMPLE PHYSICIANS, INC.**

**TEMPLE UNIVERSITY HOSPITAL**

**TEMPLE UNIVERSITY HEALTH SYSTEM, INC.**

**TEMPLE UNIVERSITY HOSPITAL, INC.**

**PATRICK CONNOLLY, M.D.**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
25 FEB 2019 12:02 pm
M. RUSSO

| | |
|---|---|
| EDWARD WALLS and TONYA CHAVIS-WALLS<br>6440 Haverford Rd.<br>Philadelphia, PA 19151<br><div align="center">**Plaintiffs**</div><br><div align="center">v.</div><br>**MEDTRONIC, INC.**<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><div align="center">and</div><br>**MEDTRONIC USA, INC.**<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><div align="center">and</div><br>**PHYSIO-CONTROL, INC.**<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><div align="center">and</div><br>**TEMPLE UNIVERSITY HEALTH SYSTEM FOUNDATION**<br>3509 N. Broad St., 9th Floor<br>Philadelphia, PA 19140<br><div align="center">and</div><br>**TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION**<br>Broad St. and Montgomery Ave.<br>Philadelphia, PA 19122<br><div align="center">and</div><br>**TEMPLE UNIVERSITY PHYSICIANS AND SURGEONS, INC.**<br>1330 Polett Walk<br>300 Sullivan Hall<br>Philadelphia, PA 19122<br><div align="center">and</div><br>**TEMPLE UNIVERSITY PHYSICIANS**<br>Risk Management Department<br>3401 N. Broad St.<br>Philadelphia, PA 19140 | **COURT OF COMMON PLEAS**<br>**Trial Division**<br><br>**FEBRUARY TERM, 2019**<br><br>**NO: 01262**<br><br><br>**MAJOR JURY** |

Case ID: 190201262

and
**TEMPLE PHYSICIANS, INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HOSPITAL**
**3401 N. Broad St.**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HEALTH SYSTEM,**
**INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**TEMPLE UNIVERSITY HOSPITAL, INC.**
**3509 N. Broad St., 9th Floor**
**Philadelphia, PA 19140**
        and
**PATRICK CONNOLLY, M.D.**
**322 Brown St., Apt. 40**
**Philadelphia, PA 19123**
        and
**MEDTRONIC PLC**
**7000 Central Ave., NE**
**Minneapolis, MN 55432**
        and
**MEDTRONIC NEUROMODULATION**
**7000 Central Ave., NE**
**Minneapolis, MN 55432**
        and
**MEDTRONIC PUERTO RICO**
**OPERATIONS CO.**
**7000 Central Ave., NE**
**Minneapolis, MN 55432**

                    **Defendants**

## PRAECIPE TO REISSUE WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

    Kindly reissue a Writ of Summons in the above captioned civil action.

                        **THE SWAIN LAW FIRM, P.C.**

                        **By: */s/ Christopher A. Bradley, Esq.***
                        **Christopher A. Bradley, Esq. (Attorney # 84818)**

**Date: 02/15/2019**

Case ID: 190201262

Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the
Office of Judicial Records
15 FEB 2019 12:02 pm
M. RUSSO*

Edward Walls and Tonya Chavis-Walls
_____
*Plaintiff*

vs.

Medtronic, Inc., et al.
_____
*Defendant*

:
:
:
:
:
:
:
:
:
:

COURT OF COMMON PLEAS

February _____ Term, 20 19 ____

No. 01262 _____

To[1]

Medtronic, Inc.
_____

Medtronic USA, Inc.
_____

Physio-Control, Inc.
_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Edward Walls and Tonya Chavis-Walls
_____
_____
_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

190201262
15 FEB 2019 12:02 pm
M-RUSSO

By: _____

Date: _____

)-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)

Case ID: 190201262

# Court of Common Pleas

February _____ Term, 20 19

No. 01262 _____

Edward Walls and Tonya Chavis-Walls
_____
*Plaintiff*

vs.

Medtronic, Inc., et al.
_____
*Defendant*

# SUMMONS

Additional Defendants

**TEMPLE UNIVERSITY HEALTH SYSTEM FOUNDATION**

**TEMPLE UNIVERSITY OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION**

**TEMPLE UNIVERSITY PHYSICIANS AND SURGEONS, INC.**

**TEMPLE UNIVERSITY PHYSICIANS**

**TEMPLE PHYSICIANS, INC.**

**TEMPLE UNIVERSITY HOSPITAL**

**TEMPLE UNIVERSITY HEALTH SYSTEM, INC.**

**TEMPLE UNIVERSITY HOSPITAL, INC.**

**PATRICK CONNOLLY, M.D.**

**MEDTRONIC PLC**

**MEDTRONIC NEUROMODULATION**

**MEDTRONIC PUERTO RICO OPERATIONS CO.**

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
01 MAR 2019 02:18 pm
S. RICE*

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Health System Foundation** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:  **Age: 40**    **Weight: 180**    **Hair: Blonde**
                       **Sex: Female**  **Height: 5'2**   **Race: Caucasian**

SERVED ADDRESS:  **2450 W. Hunting Park Avenue
Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

William Alexander

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

Regina A. Richman

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165701

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 02:20 pm*
*G. IMPERATO*

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University of the Commonwealth System of Higher Education** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | 2/27/2019  4:00 PM |
| PHYSICAL DESCRIPTION: | **Age: 40**   **Weight: 180**   Hair: Blonde |
| | **Sex: Female**   **Height: 5'2**   Race: Caucasian |
| SERVED ADDRESS: | **2450 W. Hunting Park Avenue** |
| | **Philadelphia, PA 19129** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

William Alexander

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

Regina A. Richman

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Order #P165702

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

Filed and Attested by the
Office of Judicial Records
01 MAR 2019 02:23 pm
S. RICE

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia    ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Physicians and Surgeons, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40      Weight: 180          Hair: Blonde
Sex: Female      Height: 5'2          Race: Caucasian**

SERVED ADDRESS:      **2450 W. Hunting Park Avenue
Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 02:25 pm*
*C. JONES*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

_____/

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Physicians** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40     Weight: 180     Hair: Blonde**
                                  **Sex: Female     Height: 5'2     Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
                             **Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*William Alexander*

_____
William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

_____
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Order #P165704

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 02:28 pm*
*S. RICE*

Edward Walls and Tonya Chavis-Walls
v.

Medtronic, Inc., et al.

Case No.:19-02-1262

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

PARTY SERVED:          **Temple Physicians, Inc.**

DOCUMENTS SERVED:      **Writ of Summons**

BY LEAVING WITH:       **Amy Dachowski, Litigation Support Analyst**

DATE & TIME OF SERVICE: **2/27/2019  4:00 PM**

PHYSICAL DESCRIPTION:  **Age: 40          Weight: 180          Hair: Blonde**
                       **Sex: Female      Height: 5'2          Race: Caucasian**

SERVED ADDRESS:        **2450 W. Hunting Park Avenue**
                       **Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165705

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 02:30 pm*
*C. JONES*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia    ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Hospital** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |
| PHYSICAL DESCRIPTION: | **Age: 40        Weight: 180        Hair: Blonde**<br>**Sex: Female      Height: 5'2        Race: Caucasian** |
| SERVED ADDRESS: | **2450 W. Hunting Park Avenue**<br>**Philadelphia, PA 19129** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 02:32 pm*
*S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

_____/

Commonwealth of Pennsylvania
County of Philadelphia   ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Health System, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40**   **Weight: 180**   **Hair: Blonde**
**Sex: Female**   **Height: 5'2**   **Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

_____
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

_____
William Alexander
Dennis Richman's Services for the Professional, Inc.
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165707

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
01 MAR 2019 02:35 pm
C. JONES*

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.: 19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

|  |  |
|---|---|
| PARTY SERVED: | **Temple University Hospital, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:    **Age: 40      Weight: 180      Hair: Blonde
Sex: Female     Height: 5'2       Race: Caucasian**

SERVED ADDRESS:    **2450 W. Hunting Park Avenue
Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Order #P165708

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
01 MAR 2019 03:06 pm
S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia    ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Health System Foundation** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |
| PHYSICAL DESCRIPTION: | **Age: 40         Weight: 180          Hair: Blonde**<br>**Sex: Female    Height: 5'2            Race: Caucasian** |
| SERVED ADDRESS: | **2450 W. Hunting Park Avenue**<br>**Philadelphia, PA 19129** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Order #P165701

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 03:06 pm*
*S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University of the Commonwealth System of Higher Education** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40      Weight: 180      Hair: Blonde**
**Sex: Female   Height: 5'2      Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165702

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 03:06 pm*
*S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Physicians and Surgeons, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:  **Age: 40**      **Weight: 180**      **Hair: Blonde**
                       **Sex: Female**   **Height: 5'2**      **Race: Caucasian**

SERVED ADDRESS:  **2450 W. Hunting Park Avenue**
                 **Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

_____
Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

William Alexander

_____
William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165703

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 03:06 pm*
*S. RICE*

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia    ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Physicians** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40**      **Weight: 180**          **Hair: Blonde**
**Sex: Female**   **Height: 5'2**          **Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

_____

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

_____

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021



Case ID: 190201262

Order #P165704

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
01 MAR 2019 03:09 pm
S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia    ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple Physicians, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |
| PHYSICAL DESCRIPTION: | **Age: 40        Weight: 180        Hair: Blonde**
**Sex: Female     Height: 5'2         Race: Caucasian** |
| SERVED ADDRESS: | **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

_Regina A. Richman_

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

_William Alexander_

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165705

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
01 MAR 2019 03:09 pm
S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## <u>AFFIDAVIT OF CORPORATE SERVICE</u>

I, **William Alexander**, being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Hospital** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |
| PHYSICAL DESCRIPTION: | **Age: 40        Weight: 180        Hair: Blonde** |
| | **Sex: Female    Height: 5'2        Race: Caucasian** |
| SERVED ADDRESS: | **2450 W. Hunting Park Avenue** |
| | **Philadelphia, PA 19129** |

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315.
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165706

Case 2:19-cv-03690-GAM   Document 1-1   Filed 08/15/19   Page 28 of 75

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 03:09 pm*
*S. RICE*

Edward Walls and Tonya Chavis-Walls

v.

Medtronic, Inc., et al.

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Health System, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40      Weight: 180        Hair: Blonde**
**Sex: Female   Height: 5'2        Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262
Order #P165707

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania**
**In the Court of Common Pleas**
**Philadelphia County**

*Filed and Attested by the*
*Office of Judicial Records*
*01 MAR 2019 03:09 pm*
*S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

## AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Temple University Hospital, Inc.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Amy Dachowski, Litigation Support Analyst** |
| DATE & TIME OF SERVICE: | **2/27/2019  4:00 PM** |

PHYSICAL DESCRIPTION:   **Age: 40**   **Weight: 180**   **Hair: Blonde**
**Sex: Female**   **Height: 5'2**   **Race: Caucasian**

SERVED ADDRESS:   **2450 W. Hunting Park Avenue**
**Philadelphia, PA 19129**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

Subscribed and sworn before me, a Notary
Public, this 28th day of February, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

*William Alexander*

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262
Order #P165708

POST & SCHELL, P.C.
BY: AMALIA V. ROMANOWICZ,
ESQUIRE
E-MAIL: aromanowicz@postschell.com
I.D. # 65412
MICHAEL J. RYAN, ESQUIRE
E-MAIL: mryan@postschell.com
I.D. # 307654
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
215-587-1000

ATTORNEYS FOR DEFENDANTS
TEMPLE UNIVERSITY HEALTH
SYSTEM FOUNDATION, TEMPLE
UNIVERSITY - OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS, TEMPLE
PHYSICIANS, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM, INC.,
TEMPLE UNIVERSITY HOSPITAL, INC.
AND PATRICK CONNOLLY, M.D.

Filed and Attested by the
Office of Judicial Records
04 MAR 2019 03:33 pm
G. IMPERATO

---

EDWARD WALLS and TONYA CHAVIS-
WALLS,

                Plaintiffs,

        vs.

MEDTRONIC, INC., MEDTRONIC USA,
INC., PHYSIO-CONTROL, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION, TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC., TEMPLE UNIVERSITY
PHYSICIANS, TEMPLE PHYSICIANS,
INC., TEMPLE UNIVERSITY HOSPITAL,
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC., TEMPLE UNIVERSITY HOSPITAL,
INC., PATRICK CONNOLLY, M.D.,
MEDTRONIC PLC, MEDTRONIC
NEUROMODULATION, and MEDTRONIC
PUERTO RICO OPERATIONS CO.,

                Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2019

No. 1262

---

**ENTRY OF APPEARANCE**

TO THE PROTHONOTARY:

    Kindly enter the appearance of Amalia V. Romanowicz, Esquire and Michael J. Ryan,

Esquire in the above-captioned matter on behalf of Temple University Health System

Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple

University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple

University Hospital, Inc. and Patrick Connolly, M.D.

<div align="center">

**POST & SCHELL, P.C.**

</div>

BY:

_Amalia V. Romanowicz_

**DATED:** March 12, 2019

AMALIA V. ROMANOWICZ, ESQUIRE
MICHAEL J. RYAN, ESQUIRE
Attorneys for Defendants, Temple
University Health System Foundation,
Temple University - Of the Commonwealth
System of Higher Education, Temple
University Physicians, Temple Physicians,
Inc., Temple University Health System,
Inc., Temple University Hospital, Inc. and
Patrick Connolly, M.D.

Case ID: 190201262

POST & SCHELL, P.C.
BY: AMALIA V. ROMANOWICZ,
ESQUIRE
E-MAIL: aromanowicz@postschell.com
I.D. # 65412
MICHAEL J. RYAN, ESQUIRE
E-MAIL: mryan@postschell.com
I.D. # 307654
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
215-587-1000

ATTORNEYS FOR DEFENDANTS
TEMPLE UNIVERSITY HEALTH
SYSTEM FOUNDATION, TEMPLE
UNIVERSITY - OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS, TEMPLE
PHYSICIANS, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM, INC.,
TEMPLE UNIVERSITY HOSPITAL, INC.
AND PATRICK CONNOLLY, M.D.

Filed and Attested by the
Office of Judicial Records
21 FEB 2019 03:33 pm
G. IMPERATO

EDWARD WALLS and TONYA CHAVIS-
WALLS,

                Plaintiffs,

        vs.

MEDTRONIC, INC., MEDTRONIC USA,
INC., PHYSIO-CONTROL, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION, TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC., TEMPLE UNIVERSITY
PHYSICIANS, TEMPLE PHYSICIANS,
INC., TEMPLE UNIVERSITY HOSPITAL,
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC., TEMPLE UNIVERSITY HOSPITAL,
INC., PATRICK CONNOLLY, M.D.,
MEDTRONIC PLC, MEDTRONIC
NEUROMODULATION, and MEDTRONIC
PUERTO RICO OPERATIONS CO.,

                Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2019

No. 1262

## DEMAND FOR JURY TRIAL

TO THE PROTHONOTARY:

      Kindly enter the demand of Defendants, Temple University Health System Foundation,

Temple University - Of the Commonwealth System of Higher Education, Temple University

Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University

Hospital, Inc. and Patrick Connolly, M.D., for a trial by twelve jurors.

<div align="center">

**POST & SCHELL, P.C.**

</div>

BY: _Amalia V. Romanowicz_

**DATED:** March 12, 2019

AMALIA V. ROMANOWICZ, ESQUIRE
MICHAEL J. RYAN, ESQUIRE
Attorneys for Defendants, Temple
University Health System Foundation,
Temple University - Of the Commonwealth
System of Higher Education, Temple
University Physicians, Temple Physicians,
Inc., Temple University Health System,
Inc., Temple University Hospital, Inc. and
Patrick Connolly, M.D.

POST & SCHELL, P.C.
BY:  AMALIA V. ROMANOWICZ,
ESQUIRE
E-MAIL: aromanowicz@postschell.com
I.D. # 65412
MICHAEL J. RYAN, ESQUIRE
E-MAIL: mryan@postschell.com
I.D. # 307654
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
215-587-1000

ATTORNEYS FOR DEFENDANTS
TEMPLE UNIVERSITY HEALTH
SYSTEM FOUNDATION, TEMPLE
UNIVERSITY - OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS, TEMPLE
PHYSICIANS, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM, INC.,
TEMPLE UNIVERSITY HOSPITAL, INC.
AND PATRICK CONNOLLY, M.D.

Filed and Attested by the
Office of Judicial Records
01 MAR 2019 03:36 pm
E. HAURIN

---

EDWARD WALLS and TONYA CHAVIS-
WALLS,

               Plaintiffs,

        vs.

MEDTRONIC, INC., MEDTRONIC USA,
INC., PHYSIO-CONTROL, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION, TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC., TEMPLE UNIVERSITY
PHYSICIANS, TEMPLE PHYSICIANS,
INC., TEMPLE UNIVERSITY HOSPITAL,
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC., TEMPLE UNIVERSITY HOSPITAL,
INC., PATRICK CONNOLLY, M.D.,
MEDTRONIC PLC, MEDTRONIC
NEUROMODULATION, and MEDTRONIC
PUERTO RICO OPERATIONS CO.,

               Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2019

No. 1262

---

**PRAECIPE FOR RULE TO FILE A COMPLAINT**

TO THE PROTHONOTARY:

Please enter a Rule upon the plaintiffs to file a Complaint within twenty (20) days hereof or suffer the entry of a judgment of non pros.

POST & SCHELL, P.C.

BY: *Amalia V. Romanowicz*

**DATED:** March 12, 2019

AMALIA V. ROMANOWICZ, ESQUIRE
MICHAEL J. RYAN, ESQUIRE
Attorneys for Defendants, Temple
University Health System Foundation,
Temple University – Of the Commonwealth
System of Higher Education, Temple
University Physicians, Temple Physicians,
Inc., Temple University Health System,
Inc., Temple University Hospital, Inc. and
Patrick Connolly, M.D.

## RULE TO FILE A COMPLAINT

AND NOW this 12th day of March 2019, a Rule is hereby granted upon the plaintiffs to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of a judgment of non pros.

_____
Prothonotary

190201262
12 MAR 2019 03:36 pm
E. HAURIN

Case ID: 190201262

Christopher A. Bradley, Esquire
2410 Bristol Road
Bensalem, PA 19020
(215) 702-2708

**Commonwealth of Pennsylvania
In the Court of Common Pleas
Philadelphia County**

*Filed and Attested by the
Office of Judicial Records
13 MAR 2019 08:23 am
S. RICE*

**Edward Walls and Tonya Chavis-Walls**

v.

**Medtronic, Inc., et al.**

**Case No.:19-02-1262**

Commonwealth of Pennsylvania
County of Philadelphia   ss

### AFFIDAVIT OF CORPORATE SERVICE

I, **William Alexander,** being duly sworn according to the law upon my oath, depose and say, that I am not a party to this action, am over 18 years of age, and have no direct personal interest in this litigation.

| | |
|---|---|
| PARTY SERVED: | **Patrick Connolly, M.D.** |
| DOCUMENTS SERVED: | **Writ of Summons** |
| BY LEAVING WITH: | **Renee Biggs, Clinical Coordinator** |
| DATE & TIME OF SERVICE: | **3/1/2019  11:20 AM** |

PHYSICAL DESCRIPTION:    **Age: 25**        **Weight: 140**        **Hair: Black**
                        **Sex: Female**    **Height: Sitting**    **Race: Black**

SERVED ADDRESS:    **217 Madison Avenue
Mount Holly, NJ 08060**

I hereby affirm that the information contained in the Affidavit of Service is true and correct. This affirmation is made subject to the penalties of 18 PA C.S. 4904 relating to unsworn falsification to authorities.

*William Alexander*

Subscribed and sworn before me, a Notary
Public, this 1st day of March, 2019

*Regina A. Richman*

Regina A. Richman, Notary Public
Falls Twp., Bucks County
My Commission expires on: 12/12/2021

William Alexander
Dennis Richman's Services for the Professional, Inc
1500 John F. Kennedy Blvd. Suite #1315,
Philadelphia, PA 19102
(215) 977-9393



Case ID: 190201262

Order #P165709

# ⚙ffice of the Sheriff



David E. Olweiler
Real Estate Deputy

David B. Dowling
Solicitor

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 780-6557

Nicholas Chimienti Jr.
Sheriff

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 01:54 pm
G. IMPERATO

| | | |
|---|---|---|
| **Commonwealth of Pennsylvania** | : | EDWARD WALLS AND TONYA CHAVIS-WALLS |
| | | VS |
| **County of Dauphin** | : | MEDTRONIC, INC. |

Sheriff's Return
No. 2019-T-0632
OTHER COUNTY NO. 190201262

And now: MARCH 1, 2019 at 11:55:00 AM served the within REISSUED WRIT OF

SUMMONS upon MEDTRONIC, INC. by personally handing to DAVE BULAKOWSKI (SERVICE

ASSOCIATE) 1 true attested copy of the original REISSUED WRIT OF SUMMONS and making

known to him/her the contents thereof at C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103

HARRISBURG PA 17110

Sworn and subscribed to
before me this 6TH day of March, 2019

**COMMONWEALTH OF PENNSYLVANIA**

NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires January 8, 2022
Commission number 1257392

So Answers,

Sheriff of Dauphin County, Pa.

By
Deputy Sheriff
Deputy: HOWARD J LYNDE
Sheriff's Costs: $85.75 2/28/2019

Case ID: 190201262

# Office of the Sheriff

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 01:56 pm
S. RICE
Jack Dignan
Chief Deputy

David E. Olweiler
Real Estate Deputy

David B. Dowling
Solicitor

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 780-6557

Nicholas Chimienti Jr.
Sheriff

**Commonwealth of Pennsylvania**     :     EDWARD WALLS AND TONYA CHAVIS-WALLS

                                                                        VS

**County of Dauphin**     :     MEDTRONIC, INC.

Sheriff's Return
No. 2019-T-0632
OTHER COUNTY NO. 190201262

And now: MARCH 1, 2019  at 11:55:00 AM served the within REISSUED WRIT OF
SUMMONS upon MEDTRONIC USA, INC. by personally handing to DAVE BULAKOWSKI
(SERVICE ASSOCIATE)  1 true attested copy of the original  REISSUED WRIT OF SUMMONS  and
making known to him/her the contents thereof at C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103
HARRISBURG PA 17110

Sworn and subscribed to
before me this  6TH day of March, 2019

So Answers,

_____
Sheriff of Dauphin County, Pa.

By _____
Deputy Sheriff
Deputy: HOWARD J LYNDE
Sheriff's Costs: $85.75 2/28/2019

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires January 8, 2022
Commission number 1257392

Case ID: 190201262

## Office of the Sheriff

David E. Olweiler
Real Estate Deputy

David B. Dowling
Solicitor

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 01:59 pm
S. RICE
Jack Duignan
Chief Deputy

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph. (717) 780-6590 fax: (717) 780-6557

Nicholas Chimienti Jr.
Sheriff

**Commonwealth of Pennsylvania**              :      EDWARD WALLS AND TONYA CHAVIS-
                                                     WALLS
                                                                   VS
**County of Dauphin**                         :      MEDTRONIC, INC.

Sheriff's Return
No. 2019-T-0632
OTHER COUNTY NO. 190201262

And now: MARCH 1, 2019  at 11:55:00 AM served the within REISSUED WRIT OF

SUMMONS upon PHYSIO-CONTROL, INC. by personally handing to DAVE BULAKOWSKI

(SERVICE ASSOCIATE)  1 true attested copy of the original  REISSUED WRIT OF SUMMONS  and

making known to him/her the contents thereof at C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103

HARRISBURG PA 17110

Sworn and subscribed to
before me this  6TH day of March, 2019

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires January 8, 2022
Commission number 1257392

So Answers,

Sheriff of Dauphin County, Pa.

By
Deputy Sheriff
Deputy: HOWARD J LYNDE
Sheriff's Costs: $85.75 2/28/2019

Case ID: 190201262

The Swain Law Firm, P.C.
Andrew D. Swain, Esq. (ID: 042651994)
Christopher A. Bradley, Esq. (ID: 019701999)
2410 Bristol Road
Bensalem, PA 19020
(215)702-2708/Fax: (215) 750-0895
swain@swainlawfirm.com
bradley@swainlawfirm.com

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 02:34 pm
C. JONES

**Attorneys for Plaintiffs**

| | |
|---|---|
| EDWARD WALLS and TONYA CHAVIS-WALLS | COURT OF COMMON PLEAS<br>Trial Division |
| **Plaintiffs** | **FEBRUARY TERM, 2019** |
| **v.** | **NO: 19-02-1262** |
| MEDTRONIC, INC., et al | |
| **Defendants** | **MAJOR JURY** |

## AFFIDAVIT OF SERVICE

I, Andrew D. Swain, Esquire, attorney for Plaintiffs, do hereby certify that on February 27, 2019, a true and correct time-stamped copy of the Reissued Praecipe for Writ of Summons and a Reissued Writ of Summons, filed with the Court of Common Pleas of Philadelphia County on February 15, 2019, was served upon Defendant, Medtronic PLC, by Certified Mail, at 7000 Central Ave., NE in Minneapolis, MN 55432. See Return Receipt Green Card of Medtronic PLC attached hereto as Exhibit "A."

THE SWAIN LAW FIRM, P.C.


By: *s/Andrew D. Swain*
    Andrew D. Swain, Esq.,
    Attorney for Plaintiff

# EXHIBIT "A"

Case ID: 190201262



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDTRONIC PLC
7000 Central Ave., NE
Minneapolis, MN 55432

9590 9402 1442 5329 3320 82

2. Article Number (Transfer from service label)

7003 1010 0002 3535 3687

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     2-27-19

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                     ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery                 ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1442 5329 3320 82

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box •

*The Swain Law Firm*
*2410 Bristol Road*
*Bensalem, PA 19020*

The Swain Law Firm, P.C.
Andrew D. Swain, Esq. (ID: 042651994)
Christopher A. Bradley, Esq. (ID: 019701999)
2410 Bristol Road
Bensalem, PA 19020
(215)702-2708/Fax: (215) 750-0895
swain@swainlawfirm.com
bradley@swainlawfirm.com

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 02:35 pm
C. JONES

Attorneys for Plaintiffs

| EDWARD WALLS and TONYA CHAVIS-WALLS | COURT OF COMMON PLEAS Trial Division |
|---|---|
| Plaintiffs | FEBRUARY TERM, 2019 |
| v. | NO: 19-02-1262 |
| MEDTRONIC, INC., et al | |
| Defendants | MAJOR JURY |

### AFFIDAVIT OF SERVICE

I, Andrew D. Swain, Esquire, attorney for Plaintiffs, do hereby certify that on February 27, 2019, a true and correct time-stamped copy of the Reissued Praecipe for Writ of Summons and a Reissued Writ of Summons, filed with the Court of Common Pleas of Philadelphia County on February 15, 2019, was served upon Defendant, Medtronic Puerto Rico Operations Co., by Certified Mail, at 7000 Central Ave., NE in Minneapolis, MN 55432. See Return Receipt Green Card of Medtronic Puerto Rico Operations Co. attached hereto as Exhibit "A."

THE SWAIN LAW FIRM, P.C.

By: s/Andrew D. Swain
    Andrew D. Swain, Esq.,
    Attorney for Plaintiff

# EXHIBIT "A"

Case ID: 190201262

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDTRONIC PUERTO RICO
OPERATIONS CO.
7000 Central Ave., NE
Minneapolis, MN 55432

9590 9402 1442 5329 3320 68

2. Article Number (Transfer from service label)

7003 1010 0002 3535 1700

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                  2-27-4

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 190201262



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #:

9590 9402 1442 5329 3320 68

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

The Swain Law Firm
2410 Bristol Road
Bensalem, PA 19020

The Swain Law Firm, P.C.
Andrew D. Swain, Esq. (ID: 042651994)
Christopher A. Bradley, Esq. (ID: 019701999)
2410 Bristol Road
Bensalem, PA 19020
(215)702-2708/Fax: (215) 750-0895
swain@swainlawfirm.com
bradley@swainlawfirm.com

Filed and Attested by the
Office of Judicial Records
25 MAR 2019 02:38 pm
C. JONES

| | |
|---|---|
| | **Attorneys for Plaintiffs** |
| EDWARD WALLS and TONYA CHAVIS-WALLS | **COURT OF COMMON PLEAS**<br>**Trial Division** |
| **Plaintiffs** | **FEBRUARY TERM, 2019** |
| **v.** | **NO: 19-02-1262** |
| MEDTRONIC, INC., et al | |
| **Defendants** | **MAJOR JURY** |

### AFFIDAVIT OF SERVICE

I, Andrew D. Swain, Esquire, attorney for Plaintiffs, do hereby certify that on February 27, 2019, a true and correct time-stamped copy of the Reissued Praecipe for Writ of Summons and a Reissued Writ of Summons, filed with the Court of Common Pleas of Philadelphia County on February 15, 2019, was served upon Defendant, Medtronic Neuromodulation, by Certified Mail, at 7000 Central Ave., NE in Minneapolis, MN 55432. See Return Receipt Green Card of Medtronic Neuromodulation attached hereto as Exhibit "A."

THE SWAIN LAW FIRM, P.C.


By: *s/Andrew D. Swain*
Andrew D. Swain, Esq.,
Attorney for Plaintiff

# EXHIBIT "A"

Case ID: 190201262



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1442 5329 3320 75

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

*The Swain Law Firm*
*2410 Bristol Road*
*Bensalem, PA 19020*

Case ID: 190201262

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDTRONIC
NEUROMODULATION
7000 Central Ave., NE
Minneapolis, MN 55432

9590 9402 1442 5329 3320 75

2. Article Number (Transfer from service label)

7003 1010 0002 3535 1694

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    12-27-19

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EDWARD WALLS and
TONYA CHAVIS-WALLS,

             Plaintiffs,

    v.

MEDTRONIC, INC.; MEDTRONIC USA,
INC.; PHYSIO-CONTROL, INC.; TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION; TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION; TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC.; TEMPLE UNIVERSITY
PHYSICIANS; TEMPLE PHYSICIANS, INC.;
TEMPLE UNIVERSITY HOSPITAL;
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC.; TEMPLE UNIVERSITY HOSPITAL,
INC.; PATRICK CONNOLLY, M.D.;
MEDTRONIC PLC; MEDTRONIC
NEUROMODULATION; and MEDTRONIC
PUERTO RICO,

             Defendants.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

February Term, 2019

No. 01262

Filed and Attested by the
Office of Judicial Records
29 APR 2019 10:55 am
G. IMPERATO

## ENTRY OF APPEARANCE

**TO THE PROTHONOTARY:**

    Kindly enter the appearance of Gregory T. Sturges on of behalf of Defendant Medtronic,

Inc. in the above-captioned action.

Dated:  April 29, 2019

GREENBERG TRAURIG, LLP

   *s/ Gregory T. Sturges*
Gregory T. Sturges (Pa. I.D. No. 200992)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: 215.988.7820
Fax: 215.717.5238
sturgesg@gtlaw.com

## CERTIFICATE OF SERVICE

I, Gregory T. Sturges, hereby certify that on this 29th day of April 2019, I served a true and correct copy of the foregoing Entry of Appearance on all counsel of record via the Court's electronic filing system.

*s/ Gregory T. Sturges*
Gregory T. Sturges

POST & SCHELL, P.C.
BY:  AMALIA V. ROMANOWICZ,
ESQUIRE
E-MAIL: aromanowicz@postschell.com
I.D. # 65412
MICHAEL J. RYAN, ESQUIRE
E-MAIL: mryan@postschell.com
I.D. # 307654
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
215-587-1000

EDWARD WALLS and TONYA CHAVIS-
WALLS,

                  Plaintiffs,

       vs.

MEDTRONIC, INC., MEDTRONIC USA,
INC., PHYSIO-CONTROL, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION, TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC., TEMPLE UNIVERSITY
PHYSICIANS, TEMPLE PHYSICIANS,
INC., TEMPLE UNIVERSITY HOSPITAL,
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC., TEMPLE UNIVERSITY HOSPITAL,
INC., PATRICK CONNOLLY, M.D.,
MEDTRONIC PLC, MEDTRONIC
NEUROMODULATION, and MEDTRONIC
PUERTO RICO OPERATIONS CO.,

                  Defendants.

ATTORNEYS FOR DEFENDANTS,
TEMPLE UNIVERSITY HEALTH
SYSTEM FOUNDATION, TEMPLE
UNIVERSITY - OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS, TEMPLE
PHYSICIANS, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM, INC.,
TEMPLE UNIVERSITY HOSPITAL, INC.
AND PATRICK CONNOLLY, M.D.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2019

No. 1262

Walls Etal Vs Medtronic, Inc. Etal-STPLR



19020126200034

## STIPULATION FOR VOLUNTARY DISCONTINUANCE PURSUANT TO PENNSYLVANIA RULE OF CIVIL PROCEDURE 229 AS TO LESS THAN ALL DEFENDANTS AND TO AMEND THE CAPTION

It is hereby STIPULATED and AGREED by and between the undersigned counsel for

the parties that:

(1)    Any and all claims as to Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., are hereby **DISCONTINUED** pursuant to Pennsylvania Rule of Civil Procedure 229(b)(2) and **DISMISSED** with prejudice.

(2)    Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., are hereby **DISMISSED** with prejudice.

(3)    The caption shall be amended to REMOVE AND OMIT reference to Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., as follows:

| | |
|---|---|
| EDWARD WALLS and TONYA CHAVIS-WALLS, | COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| Plaintiffs, | FEBRUARY TERM, 2019 |
| vs. | No. 1262 |
| MEDTRONIC, INC., MEDTRONIC USA, INC., PHYSIO-CONTROL, INC., MEDTRONIC PLC, MEDTRONIC NEUROMODULATION, and MEDTRONIC PUERTO RICO OPERATIONS CO., | |
| Defendants. | |

POST & SCHELL, P.C.

BY: _Amalia V. Romar_

DATED: May 13, 2019

AMALIA V. ROMANOWICZ, ESQUIRE
MICHAEL J. RYAN, ESQUIRE
Attorneys for Defendants, Temple
University Health System Foundation,
Temple University - Of the Commonwealth
System of Higher Education, Temple
University Physicians, Temple Physicians,
Inc., Temple University Health System,
Inc., Temple University Hospital, Inc. and
Patrick Connolly, M.D.

THE SWAIN LAW FIRM, P.C.

BY: _____

DATED: May 22, 2019

ANDREW D. SWAIN, ESQUIRE
CHRISTOPHER A. BRADLEY, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

3



*IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY*
*FIRST JUDICIAL DISTRICT OF PENNSYLVANIA*
*TRIAL DIVISION – CIVIL*

|  |  |
|---|---|
| Walls, et al | February TERM 2019 |
| Vs | No. 1262 |
| Medtronic, Inc, et al | |

**DOCKETED**

JUN 1 8 2019

N. ERICKSON
DAY FORWARD

## RULE RETURNABLE

AND NOW, this 18th day of June, 2019, a rule is hereby issued to show cause why this matter should not be non-prossed for failure to file a complaint in a timely manner.

**Rule returnable** the 17th day of July, 2019 at 9:30 a.m. in Courtroom 602, City Hall, Philadelphia, Pennsylvania.

All counsel and unrepresented parties shall appear unless the case is settled or withdrawn, in which case counsel must notify the court immediately in writing.

Walls Etal Vs Medtronic, Inc. Etal-CLLRR

19020126200037

BY THE COURT:

Arnold L. New, J.
*Team Leader*

POST & SCHELL, P.C.
BY: AMALIA V. ROMANOWICZ,
ESQUIRE
E-MAIL: aromanowicz@postschell.com
I.D. # 65412
MICHAEL J. RYAN, ESQUIRE
E-MAIL: mryan@postschell.com
I.D. # 307654
FOUR PENN CENTER, 13TH FLOOR
1600 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA  19103-2808
215-587-1000

EDWARD WALLS and TONYA CHAVIS-
WALLS,

    Plaintiffs,

   vs.

MEDTRONIC, INC., MEDTRONIC USA,
INC., PHYSIO-CONTROL, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM
FOUNDATION, TEMPLE UNIVERSITY OF
THE COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS AND
SURGEONS, INC., TEMPLE UNIVERSITY
PHYSICIANS, TEMPLE PHYSICIANS,
INC., TEMPLE UNIVERSITY HOSPITAL,
TEMPLE UNIVERSITY HEALTH SYSTEM,
INC., TEMPLE UNIVERSITY HOSPITAL,
INC., PATRICK CONNOLLY, M.D.,
MEDTRONIC PLC, MEDTRONIC
NEUROMODULATION, and MEDTRONIC
PUERTO RICO OPERATIONS CO.,

    Defendants.

ATTORNEYS FOR DEFENDANTS,
TEMPLE UNIVERSITY HEALTH
SYSTEM FOUNDATION, TEMPLE
UNIVERSITY - OF THE
COMMONWEALTH SYSTEM OF
HIGHER EDUCATION, TEMPLE
UNIVERSITY PHYSICIANS, TEMPLE
PHYSICIANS, INC., TEMPLE
UNIVERSITY HEALTH SYSTEM, INC.,
TEMPLE UNIVERSITY HOSPITAL, INC.
AND PATRICK CONNOLLY, M.D.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FEBRUARY TERM, 2019

No. 1262

**DOCKETED**

JUN 1 9 2019

N. ERICKSON
DAY FORWARD

Walls Etal Vs Medtronic-STPAP



19020126200038

Central No.
18068013

<u>**STIPULATION FOR VOLUNTARY DISCONTINUANCE PURSUANT TO
PENNSYLVANIA RULE OF CIVIL PROCEDURE 229 AS TO LESS THAN ALL
DEFENDANTS AND TO AMEND THE CAPTION**</u>

  It is hereby STIPULATED and AGREED by and between the undersigned counsel for

the parties that:

(1)    Any and all claims as to Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., are hereby **DISCONTINUED** pursuant to Pennsylvania Rule of Civil Procedure 229(b)(2) and **DISMISSED** with prejudice.

(2)    Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., are hereby **DISMISSED** with prejudice.

(3)    The caption shall be amended to REMOVE AND OMIT reference to Defendants, Temple University Health System Foundation, Temple University - Of the Commonwealth System of Higher Education, Temple University Physicians, Temple Physicians, Inc., Temple University Health System, Inc., Temple University Hospital, Inc. and Patrick Connolly, M.D., as follows:

| | |
|---|---|
| EDWARD WALLS and TONYA CHAVIS-WALLS,<br><br>                    Plaintiffs,<br><br>                vs.<br><br>MEDTRONIC, INC., MEDTRONIC USA, INC., PHYSIO-CONTROL, INC., MEDTRONIC PLC, MEDTRONIC NEUROMODULATION, and MEDTRONIC PUERTO RICO OPERATIONS CO.,<br><br>                    Defendants. | COURT OF COMMON PLEAS PHILADELPHIA COUNTY<br><br>FEBRUARY TERM, 2019<br><br>No. 1262 |

POST & SCHELL, P.C.

BY: _Amalia V. Romer_

DATED: May 13, 2019

AMALIA V. ROMANOWICZ, ESQUIRE
MICHAEL J. RYAN, ESQUIRE
Attorneys for Defendants, Temple
University Health System Foundation,
Temple University - Of the Commonwealth
System of Higher Education, Temple
University Physicians, Temple Physicians,
Inc., Temple University Health System,
Inc., Temple University Hospital, Inc. and
Patrick Connolly, M.D.

THE SWAIN LAW FIRM, P.C.

BY: _____

DATED: May 22, 2019

ANDREW D. SWAIN, ESQUIRE
CHRISTOPHER A. BRADLEY, ESQUIRE
ATTORNEYS FOR PLAINTIFFS

_approved_
_By the Court_
_AMcHugh J_
_6-18-19_

3

**THE SWAIN LAW FIRM**
Andrew D. Swain. Esq. (Attorney ID: 73332)
Christopher A. Bradley, Esq. (Attorney ID: 84818)
2410 Bristol Road
Bensalem, PA  19020
swain@swainlawfirm.com
bradley@swainlawfirm.com
215-702-2708
Fax 215-750-0895

*Filed and Attested by the
Office of Judicial Records
12 JUL 2019 04:11 pm
M. RUSSO*

| | |
|---|---|
| | **Attorneys for Plaintiff** |
| EDWARD WALLS and TONYA CHAVIS-WALLS<br>6440 Haverford Rd.<br>Philadelphia, PA 19151<br><div align="right">**Plaintiffs**</div><br>v.<br><br>MEDTRONIC, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><div align="center">and</div><br>MEDTRONIC USA, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><div align="center">and</div><br>PHYSIO-CONTROL, INC.<br>c/o Corporation Service Company<br>2595 Interstate Dr., Suite 103<br>Harrisburg, PA 17110<br><br><div align="center">**Defendants**</div> | **COURT OF COMMON PLEAS**<br>Trial Division<br><br>**FEBRUARY TERM, 2019**<br><br>NO:  01262<br><br><br>**MAJOR JURY** |

<u>**NOTICE**</u>

You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief required by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Philadelphia County
Lawyer Reference Service
Philadelphia, PA
215-238-6333

**THE SWAIN LAW FIRM**
**Andrew D. Swain. Esq. (Attorney ID: 73332)**
**Christopher A. Bradley, Esq. (Attorney ID: 84818)**
**2410 Bristol Road**
**Bensalem, PA  19020**
swain@swainlawfirm.com
bradley@swainlawfirm.com
**215-702-2708**
**Fax 215-750-0895**

**Attorneys for Plaintiff**

| | |
|---|---|
| **EDWARD WALLS and TONYA CHAVIS-WALLS**<br>**6440 Haverford Rd.**<br>**Philadelphia, PA 19151**<br>**Plaintiffs**<br><br>**v.**<br><br>**MEDTRONIC, INC.**<br>**c/o Corporation Service Company**<br>**2595 Interstate Dr., Suite 103**<br>**Harrisburg, PA 17110**<br>**and**<br>**MEDTRONIC USA, INC.**<br>**c/o Corporation Service Company**<br>**2595 Interstate Dr., Suite 103**<br>**Harrisburg, PA 17110**<br>**and**<br>**PHYSIO-CONTROL, INC.**<br>**c/o Corporation Service Company**<br>**2595 Interstate Dr., Suite 103**<br>**Harrisburg, PA 17110**<br><br>**Defendants** | **COURT OF COMMON PLEAS**<br>**Trial Division**<br><br>**FEBRUARY TERM, 2019**<br><br>**NO:  01262**<br><br><br>**MAJOR JURY** |

## CIVIL ACTION COMPLAINT

1.      Plaintiffs Edward and Tonya Chavis-Walls, husband and wife, are adult individual

sand citizen of the Commonwealth of Pennsylvania residing at the address listed above.

2.      Defendant Medtronic, Inc. is, upon information and belief, a corporation or other

entity organized and existing under the laws of the State of Minnesota with its principal place of

business located at 710 Medtronic Pkwy, Minneapolis, MN, 55432, and registered agent at Corporation Service Company, 2595 Interstate Dr., Suite 103, Harrisburg, PA, 17110.

3.      Defendant Medtronic USA, Inc. is, upon information and belief, a corporation or other entity organized and existing under the laws of the State of Minnesota with its principal place of business located at 710 Medtronic Pkwy, Minneapolis, MN, 55432, and registered agent at Corporation Service Company, 2595 Interstate Dr., Suite 103, Harrisburg, PA, 17110.

4.      Defendant Physio-Control, Inc. is, upon information and belief, a corporation or other entity organized and existing under the laws of the State of Minnesota with its principal place of business located at 710 Medtronic Pkwy, Minneapolis, MN, 55432, and registered agent at Corporation Service Company, 2595 Interstate Dr., Suite 103, Harrisburg, PA, 17110.

5.      At all times material hereto, Defendants acted and/or failed to act by and through their duly authorized agents, servants, owners, employees, managers, officers and/or workman.

6.      At all times material hereto, Defendants regularly conducted business in the City of Philadelphia.

7.      At all times material hereto, Defendants designed, tested, manufactured, packaged, labeled, marketed and sold the Medtronic brand deep brain stimulator, model 37603, Serial # NLB708314H (hereinafter "the 2013 deep brain stimulator" or "2013 DBS"), and DBS Lead model 3387S-40 Serial #VAD775J (hereinafter "the DBS Lead").

8.      At all times material hereto, Defendants designed, tested, manufactured, packaged, labeled, marketed and sold the Medtronic brand deep brain stimulator, model 37612, Serial # NKG710853H (hereinafter "the 2014 deep brain stimulator" or "2014 DBS").

9.      The 2013 DBS, 2014 DBS and DBS Lead were products placed in the stream of commerce by Defendants.

10.     At all times material hereto, Defendants knew or should have known that the 2013 DBS, 2014 DBS and DBS Lead were defective in design, manufacture and warnings.

11.     On March 19, 2013, Plaintiff underwent surgical implantation of the 2013 DBS and DBS Lead at Temple University Hospital, in order to address his gait/movement disorder.

12.     It is believed and therefore averred that the 2013 DBS and DBS Lead were in the same condition when it left the possession of Defendants as it was when the original owner used the product.

13.     Initially, Plaintiff saw improvement in his gait function and reduction of his tremors following this procedure.

14.     The benefits of the 2013 DBS and DBS Lead gradually reduced over the course of the next eighteen months.

15.     In or around November, 2014, Plaintiff was advised by his new physicians at the Hospital of the University of Pennsylvania that the IPG (implanted pulse generator), the battery-powered neurocharger that sends pulses to area of the brain targeted to disrupt neural activity and theoretically decrease Mr. Walls' action tremors, was no longer working and needed to be replaced.

16.     The battery was replaced by Dr Baltuch on November 19, 2014.

17.     Following replacement of the battery Mr. Walls enjoyed minimal benefit of the device.

18.     In February 2017 Mr. Walls suspected the device was no longer functioning or was not functioning properly.

19.     On February 15, 2017, Mr. Walls was advised the device no longer worked and needed to be replaced entirely.

20.     Plaintiff was and remains unwilling to undergo a full revision, due to the existing and future additional damage and scar tissue such a procedure would cause.

21.     As a direct and proximate result of the defective products described above, plaintiff sustained serious and permanent bodily injuries, developed mental distress, required medical care, and sustained permanent injuries and economic losses.

22.     The bodily injuries proximately resulting from the incident include, but are not limited to, all side effects, scars and scar tissue from the two surgeries, severe tremors, gait dysfunction, pain from nerve damage, embarrassment, humiliation, and deformity, some or all of which will be permanent in nature to her great detriment and lost.

23.     Plaintiff has in the past and may into the indefinite future, endure pain, suffering, loss of life's pleasures, inconvenience, mental anguish, emotional distress, disfigurement, embarrassment and humiliation, all to his great detriment and loss, financial and otherwise.

24.     Plaintiff, in suffering these injuries has incurred past medical expenses, and may incur additional medical expenses into the future.

25.     Defendants knew or should have known that the DBS, Leads and IPG had safety design defects.

26.     Defendants knew or should have known that the DBS, Leads and IPG was unreasonably dangerous.

27.     Defendants now know that the DBS, Leads and IPG is unreasonably dangerous and refuses to make design changes, which could spare consumers from future harm.

28.     With bad motive, willful disregard and/or reckless indifference to the safety of consumers including, but not limited to, Plaintiff, Defendants did not warn its consumers or the public of the hazardous condition(s) posed by the DBS, Leads and IPG.

29.     With bad motive, willful disregard and/or reckless indifference to the safety of consumers including, but not limited to, Plaintiff, Defendants did not perform necessary investigations of its own records and customer feedback to determine whether other consumers had suffered injuries due to malfunction of the DBS, Leads and IPG, which was also in violation of Defendants' own internal guidelines, policies and procedures.

30.     The DBS, Leads and IPG were defective and unreasonably dangerous in that they were not adequately designed, tested, manufactured, packaged, labeled or marketed to minimize the risk of injury or to provide safe and effective use for consumers. The DBS, Leads and IPG were defective and unreasonably dangerous in one or more of the following ways:

      a.    The DBS, Leads and IPG failed to perform the intended function of sending regular pulses to Plaintiff's brain;

      b.    The DBS, Leads and IPG failed to supply power to the device allowing it to function; and

      c.    Defendants failed to adequately research and design a more reliable source for power for its devices.

31.     As a direct and proximate result of the defective and unreasonably dangerous conditions of the DBS, Leads and IPG, Plaintiff suffered severe injuries as referenced above.

32.     At all times material hereto, the injuries suffered by Plaintiff were entirely foreseeable and, in fact, inevitable given the nature of the product.

33.     Safer, alternative designs existed at the time of the design, manufacture and sale of the DBS, Leads and IPG. Those alternative designs were both economically and technically feasible at all times material hereto by the application of existing scientific knowledge.

34.     In addition to the defects outlined above, Defendants also failed to provide adequate warnings and information regarding the unreasonably dangerous design of the DBS, Leads and IPG on the product.

35.     At all times material hereto, Defendants knew and/or should have known that their product was defective in design, manufacture and/or warnings.

36.     At all times material hereto, plaintiff neither knew nor had reason to know of the defective nature of the string trimmer.

37.     As a direct and proximate result of the inadequate, negligent and/or defective designing, testing, manufacturing, labeling, packaging, marketing, selling, advertising, warning and otherwise distributing and placing the DBS, Leads and IPG in the stream of commerce, Plaintiff suffered severe and permanent injuries.

## COUNT I
## STRICT LIABILITY

38.     Paragraphs 1 through 37 are incorporated by reference as fully set forth herein.

49.     At all times material hereto, Defendants were engaged in the business of labeling, packaging, marketing, selling, advertising, warning and otherwise distributing and placing it in the stream of commerce the DBS, Leads and IPG at issue.

40.     At all times material hereto, Defendants were also in the business of researching, developing, testing, producing, assembling, and manufacturing the DBS, Leads and IPG at issue.

41.     The DBS, Leads and IPG trimmer at issue reached Plaintiff, the ultimate user and consumer of the product, without any substantial change in its condition from the time it was sold and/or manufactured by Defendants.

42.     At the time it reached Plaintiff, the DBS, Leads and IPG was in a condition that was unreasonably dangerous to the ultimate user or consumer, taking into consideration the use for which it was intended and the risk involved in its use.

43.     The DBS, Leads and IPG was defective and unsafe for its intended use at the time of its design, testing, manufacture, marketing and sale by Defendants. The product was defectively

designed, defectively tested, defectively manufactured, defectively labeled, defectively marketed and unreasonably dangerous to plaintiff and that the design, testing, manufacture, labeling and marketing of the DBS, Leads and IPG made it unsafe and dangerous for the reasons set forth above.

44.     At the time the DBS, Leads and IPG left the possession of Defendants, there were safer alternative designs than that used in the subject DBS, Leads and IPG, any one of which would have significantly improved the safety of the DBS, Leads and IPG. Those alternative designs were both economically and technologically feasible.

45.     The subject DBS, Leads and IPG left the control of Defendants while lacking the elements necessary to make it safe for its intended use.

46.     The danger presented by the subject DBS, Leads and IPG is and was unknowable and unacceptable to the average or ordinary consumer.

47.     A reasonable person would conclude that the probability and seriousness of harm caused by the lack of safety features outweighs the burden of or costs of taking precautions, which would include fixing/replacing the DBS, Leads and IPG.

WHEREFORE, plaintiff demands judgment in her favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars together with interest, costs, delay damages, punitive damages, and any other element of damages to which Plaintiff is entitled.

## COUNT II
## NEGLIGENCE

48.     Paragraphs 1 through 47 are incorporated by reference as if fully set forth herein.

49.     Defendants failed to exercise reasonable care in designing, testing, developing, manufacturing, labeling, packaging, supplying, marketing, selling, advertising, warning and

otherwise distributing and placing in the stream of commerce the DBS, Leads and IPG at issue in the lawsuit as described above.

      50.    The negligence, carelessness, and/or recklessness of defendants also includes the following:

        a.      Negligently designing the DBS, Leads and IPG at issue;

        b.      Negligently manufacturing the DBS, Leads and IPG at issue;

        c.      Failing to place appropriate warnings on the DBS, Leads and IPG at issue;

        d.      Failing to properly design consumer safety features;

        e.      Failing to perform appropriate testing that would have revealed the inadequate, hazardous and unreasonably dangerous issue;

        f.      Failing to investigate test failure showing that the DBS, Leads and IPG was flawed;

        g.      Failing to perform appropriate research and investigations into whether there had been prior bodily injuries;

        h.      Failing to follow its own internal guidelines, policies and procedures as to investigation of reported injuries;

        i.      Failing to obtain the information needed to determine whether the product was unreasonable dangerous, defective and/or hazardous to the consumer; and

        j.      Failing to retain, employ and train its employees as to proper procedures and protocols regarding identification of defective/hazardous products and investigation into the existence of product defects and hazards.

      51.    As a direct and proximate result of the negligence, carelessness and/or recklessness of Defendants, Plaintiff suffered injuries described above.

      52.    As a direct and proximate result of the negligence, carelessness and/or recklessness of Defendants, Plaintiff has in the past and will in the future have to undergo extensive medical

care, and has in the past and will in the future expend sums for medical care, to his great detriment and loss.

53.     As a direct and proximate result of the negligence, carelessness and/or recklessness of Defendants, Plaintiff has and will suffer a loss of life pleasures and the ability to enjoy life, and will be unable to engage and usual and customary daily activities some or all of which will be permanent in nature to her great detriment and loss.

WHEREFORE, plaintiff demands judgment in her favor and against defendant in an amount in excess of Fifty Thousand ($50,000.00) Dollars together with interest, costs, delay damages and any other element of damages to which Plaintiff is entitled.

Respectfully submitted,

**THE SWAIN LAW FIRM, P.C.**

BY:     */s/ Christopher A. Bradley*
         CHRISTOPHER A. BRADLEY, ESQUIRE
         Attorney for Plaintiff

DATE: July 12, 2019

## VERIFICATION

I, Edward Wolls , Plaintiff herein, make this Verification and states that the statements made in the foregoing document are true and correct to the best of his/her knowledge, information, and belief.

The undersigned understands that the statements therein are made subject to the penalties of 18 Pa. C.S.A. §4904, relating to unsworn falsification to authorities.

Edward Wolls
Edward Wolls

Dated: _____

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

| WALLS | : | FEBRUARY TERM, 2019 |
| | : | |
| v. | : | NO. 1262 |
| | : | |
| MEDTRONIC, INC., et al. | : | |

## ORDER

**AND NOW**, this 18th day of July, 2019, it is hereby **ORDERED** and **DECREED** the

Rule Returnable listed for 17th of July, 2019, is **DISSOLVED**.

BY THE COURT:

_____

ARNOLD L. NEW, J.

Walls Etal Vs Medtronic, Inc. Etal-ORDER

19020126200041

DOCKETED

JUL 18 2019

N. ERICKSON
DAY FORWARD

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) N. ERICKSON  07/19/2019



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA
COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *WALLS ETAL* | *February Term 2019* |
| *VS* | *No. 01262* |
| *MEDTRONIC, INC. ETAL* | |

*CASE MANAGEMENT ORDER*
*COMPLEX TRACK*

DOCKETED
TRIAL DIVISION - CIVIL
29-JUL-2019
**B. LAWLOR**

AND NOW, 29-JUL-2019 , it is Ordered that:

1.  The case management and time standards adopted for complex track cases shall be applicable to this case and are hereby incorporated into this Order.

2.  All *discovery* on the above matter shall be completed not later than *05-OCT-2020.*

3.  *Plaintiff* shall identify and submit *curriculum vitae and expert reports* of all expert witnesses intended to testify at trial to all other parties not later than *02-NOV-2020.*

4.  *Defendant and any additional defendants* shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than *07-DEC-2020.*

5.  All *pre-trial motions* shall be filed not later than *07-DEC-2020.*

6.  A *settlement conference* may be scheduled at any time after *04-JAN-2021*.  Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

    (a).  A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;

    (b).  A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

    (c).  Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

7.  A *pre-trial conference* will be scheduled any time after *01-MAR-2021*.  Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

(a).   A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

(b).   A list of all witnesses who may be called to testify at trial by name and address.  Counsel should expect witnesses not listed to be precluded from testifying at trial;

(c).   A list of all exhibits the party intends to offer into evidence.  All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference.  Counsel should expect any exhibit not listed to be precluded at trial;

(d).   Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount.  This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

(e).   Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

(f).   Each counsel shall provide an estimate of the anticipated length of trial.

8.   *It is expected that the case will be ready for trial 05-APR-2021*, and counsel should anticipate trial to begin expeditiously thereafter.

9.   All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.

BY THE COURT:

_____

*ARNOLD NEW, J.*
*TEAM LEADER*

\\BPL41378 (Rev 11/04)