## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WALLS and : | |
| TONYA CHAVIS-WALLS, : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | No. 19-3690 |
| : | |
| MEDTRONIC, INC., et al., : | |
| Defendants. : | |

## ORDER

This 16th day of December, 2019, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and the Complaint dismissed without prejudice.

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge